SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SAMANTHA C. GRANT, Cal. Bar No. 198130
1901 Avenue of the Stars, Suite 1600
Los Angeles, California, 90067-6055
Telephone:    310.228.3700
Facsimile:    310.228.3701
Email:    SGrant@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
BABAK YOUSEFZADEH, Cal. Bar No. 235974
VICTORIA L. TALLMAN, Cal. Bar No. 273252
Four Embarcadero, 17th Floor
San Francisco, California 94111
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:    BYousefzadeh@sheppardmullin.com
    VTallman@sheppardmullin.com

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEENA MONROE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, JOHNNY CAMACHO, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. _____<br><br>**DECLARATION OF MICHAEL BREWER IN SUPPORT OF REMOVAL**<br><br>(Removed from Sacramento Superior Court Case No. 34-2019-00266832-CU-OE-GDS)<br><br>(CAFA Jurisdiction: 28 U.S.C. §§ 1332(d)(2), 1453)<br><br>(Notice of Removal, Civil Cover Sheet, Declaration of Victoria L. Tallman in Support of Removal, and Corporate Disclosure Statement filed concurrently herewith)<br><br>[Complaint Filed: October 11, 2019] |

1     I, MICHAEL BREWER, declare as follows:

2     1.    I am a Director of Employee Relations for Target Corporation ("Target")
3  and have held this position since December 2016.  Before this role, I was the Lead Employee
4  Relations Consultant and held that position since April 2013.  I have worked in Target's Employee
5  Relations Compliance Workgroup since August 2011.  Due to my position, I am knowledgeable of
6  Target's business operations.  In my position, I also have access to Target's California employee
7  data records, including employee punch data, wage-rate data, and personnel records including
8  employment history, which Target maintains in the normal course of business and relies upon for
9  a variety of human resource functions.  I make this declaration in support of Target's Notice of
10 Removal.  I have personal knowledge of the facts set forth in this declaration, based on my
11 capacity as a Director, Employee Relations Counsel for Target, including my access to records
12 that Target keeps in the regular course of business for use in a variety of business functions.  I
13 could and would competently testify to these facts under oath if called and sworn as a witness.

14    2.    Target is now, and was as of October 11, 2019, a corporation incorporated
15 under the laws of the State of Minnesota with its principal place of business in the State of
16 Minnesota.

17    3.    By reference to the "principal place of business" in the preceding paragraph,
18 I mean that the majority of Target's core executive and administrative functions are carried out in
19 Minnesota, and the majority of its executive and administrative officers are located there.  For
20 example, Target's corporate headquarters is located in Minneapolis, Minnesota, where the
21 following corporate activities are performed: communications, public relations, marketing,
22 strategy, diversity, human resources, legal, support management (procurement), and maintenance
23 of corporate records.  By "administrative functions," I mean Target's finance and accounting
24 functions, high-level human resources functions, and compliance functions, among other
25 administrative functions.   Minnesota is also where Target's corporate income tax return is filed.

26    4.    In my position as Director, of Employee Relations, I also have access to the
27 personnel documents and payroll records for Target's current and former employees, including
28 Plaintiff Deena Monroe ("Plaintiff"). I have personally reviewed the personnel records maintained

-1-

SMRH:4847-5587-3197.3          DECLARATION OF MICHAEL BREWER IN SUPPORT OF REMOVAL

by Target for Plaintiff. Based on my review of Plaintiff's employment records, she worked for Target in Sacramento from approximately August 5, 2019 through September 29, 2019, and was residing in North Highlands at the time.

5. It is my understanding that Plaintiff seeks to represent a class of "all persons employed by Defendant as a non-exempt employee in California at any time on or after October 11, 2015," which includes Target's current and former hourly employees in California since October 11, 2015.

6. It is Target's regular custom and practice to ask applicants and employees to complete employment-related documents, such as employment applications. Contemporaneously with or shortly after these documents are completed and submitted to Target, it is Target's regular custom and practice to place and maintain those documents in the employee personnel files. Personnel files for Target's employees are kept in a secure location and are maintained by Target in the ordinary course of its business.

7. Target compiled a report of data from its electronic systems maintained in the usual course of business which identified the number of non-exempt team members who have worked for Target in California at any time from October 11, 2015 through November 25, 2019. I have reviewed the report which contained a list of 273,817 employees. From this report, I was also able to determine that 194,557 of these individuals have left employment with Target and are no longer employed by Target. I was also able to determine from this report that the lowest final rate of pay for these 194,557 former employees was $9.00 per hour.

8. From this report, I was also able to determine that Target has employed approximately 143,181 non-exempt employees in California since October 11, 2018.

//
//
//
//

9. Based on my position, and information and documents available to me in the regular course and scope of my business, I am also aware that Target employees are typically scheduled for shifts of at least 3 hours.

Executed on this 23rd day of December, 2019, at Minneapolis, Minnesota.

I declare under penalty of perjury under the laws of the States of California and Minnesota and the United States of America that the foregoing is true and correct.

*/s/ Michael Brewer*
MICHAEL BREWER