UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**

February 21, 2020

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

## JUDGMENT IN A CIVIL CASE

DEENA MONROE,

        Plaintiff,             2:20-CV-00056-TLN-EFB

   v.

TARGET CORPORATION,

        Defendant.

IT IS ORDERED AND ADJUDGED:

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FRCP 68, AND NOTICE OF ACCEPTANCE OF OFFER BY PLAINTIFF, FILED WITH THE COURT ON FEBRUARY 20, 2020.**

Keith Holland,
Clerk of the Court

ENTERED:   February 21, 2020        by: */s/ Michele Krueger*
                                         Michele Krueger,
                                         Courtroom Deputy