Scott Edward Cole, Esq. (S.B. #160744)
Laura Grace Van Note, Esq. (S.B. #310160)
**SCOTT COLE & ASSOCIATES, APC**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: lvannote@scalaw.com
Web: www.scalaw.com

Attorneys for Representative Plaintiff,
the Plaintiff Class, and Aggrieved Employees

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
SAMANTHA C. GRANT, Cal. Bar No. 198130
1901 Avenue of the Stars, Suite 1600
Los Angeles, California, 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701
Email: SGrant@sheppardmullin.com

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEENA MONROE, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, JOHNNY CAMACHO, and DOES 1 through 100, inclusive,<br><br>            Defendants. | **Case No. 2:20-cv-00056-TLN-EFB**<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>**Date:** April 16, 2020<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2<br>**Judge:** Hon. Troy L. Nunley |

# STIPULATION

Plaintiff Deena Monroe ("Plaintiff") and Defendant Target Corporation ("Defendant") (collectively, the "Parties"), acting through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on March 6, 2020, Plaintiff filed her Notice of Motion and Motion for Attorneys' Fees and Costs with a hearing date set for April 16, 2020 (the "Motion");

**WHEREAS**, the Parties are have agreed on the amount that Defendant shall have to pay Plaintiff for attorneys' fees and costs, but are still negotiating the provisions of the submission to the Court; and

**WHEREAS**, the Parties anticipate resolving their differences, negating the necessity for a hearing on the Motion.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties, through their attorneys of record, subject to the Court's approval, that the hearing on Plaintiff's Motion for Attorneys' Fees and Costs shall be continued to April 30, 2020 at 2:00 p.m., or the next date the Court is available to hear this matter, and that corresponding deadlines to file the opposition and reply to such Motion shall be continued based on the new hearing date.

**IT IS SO STIPULATED.**

Dated: April 7, 2020      **SCOTT COLE & ASSOCIATES, APC**

By: _____/s/_____
Laura Van Note, Esq.
Attorneys for Representative Plaintiff,
the Plaintiff Class, and Aggrieved Employees

Dated: April 7, 2020      **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: _____/s/_____
Samantha C. Grant, Esq.
Attorneys for Defendant

# ORDER

The parties having so stipulated and good cause appearing therefor, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorneys' Fees and Costs is continued to May 14, 2020 at 2:00 p.m. The opposition and reply to such Motion shall be continued based on the new hearing date.

**IT IS SO ORDERED.**

DATED: April 7, 2020

Troy L. Nunley
United States District Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
555 12TH STREET, SUITE 1725
OAKLAND, CA 94607
TEL.: (510) 891-9800