SCOTT COLE & ASSOCIATES, APC
SCOTT EDWARD COLE (S.B. #160744)
LAURA GRACE VAN NOTE (S.B. #310160)
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: lvannote@scalaw.com
Attorneys for Plaintiff
DEENA MONROE

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SAMANTHA C. GRANT, Cal. Bar No. 198130
1901 Avenue of the Stars, Suite 1600
Los Angeles, California, 90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701
Email:       SGrant@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
BABAK YOUSEFZADEH, Cal. Bar No. 235974
VICTORIA L. TALLMAN, Cal. Bar No. 273252
Four Embarcadero, 17th Floor
San Francisco, California 94111
Telephone:   415.434.9100
Facsimile:   415.434.3947
Email:       BYousefzadeh@sheppardmullin.com
             VTallman@sheppardmullin.com

Attorneys for Defendant
TARGET CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEENA MONROE, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION, JOHNNY CAMACHO, and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 2:20-cv-00056-TLN-EFB<br><br>The Hon. Troy L. Nunley<br>Courtroom 2<br><br>**STIPULATION AND AMENDED JUDGMENT**<br><br>Complaint Filed:   October 11, 2019<br>Trial Date:        None Set |

# **STIPULATION**

Plaintiff Deena Monroe ("Plaintiff") and Defendant Target Corporation ("Defendant"), by and through their respective counsel, hereby enter into the following stipulation, subject to court approval, in reference to the following facts:

WHEREAS, on February 20, 2020, Plaintiff timely served and filed her Notice of Acceptance of the Offer of Judgment ("Acceptance of Offer") [Dkt. No. 12];

WHEREAS, on February 21, 2020, the Court entered judgment thereon [Dkt. No. 13];

WHEREAS, on March 6, 2020, Plaintiff filed her Motion for Attorneys' Fees and Costs ("Motion") seeking $68,576.00 in attorneys' fees and costs [Dkt. No. 14]; and

WHEREAS, Plaintiff and Defendant now agree that Defendant shall pay Plaintiff attorneys' fees and costs in the amount of $33,106.00 in attorneys' fees and $1,894.00 in costs, in full and final resolution of all remaining claims, causes of actions, rights, and issues in this case, other than the PAGA cause of action, as further set forth below.

NOW, THEREFORE, based on the foregoing, Plaintiff and Defendant, through their respective counsel of record, hereby stipulate and agree, subject to the Court's approval, that:

1. The Judgment entered in favor of Plaintiff against Defendant be amended in accordance with the attached Amended Judgment;

2. Defendant shall pay Plaintiff, by and through her attorneys of record, Scott Cole & Associates, Plaintiff's attorneys' fees in the amount of $33,106.00, and costs of suit in the amount of $1,894.60, for a total award of $35,000.00, within 15 court days;

3. Any of Plaintiff's remaining claims, causes of action, and rights in this case, other than the PAGA cause of action, be dismissed in their entirety, with prejudice; and

4. The PAGA cause of action in this case be dismissed in its entirety, without prejudice.

**SO STIPULATED.**

Dated:  April 30, 2020          SCOTT COLE & ASSOCIATES, APC

                                By  *Laura Van Note*
                                    LAURA VAN NOTE
                                    Attorneys for Plaintiff
                                    DEENA MONROE

Dated:  April 30, 2020          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                By  *Victoria Tallman*
                                    SAMANTHA C. GRANT
                                    BABAK YOUSEFZADEH
                                    VICTORIA L. TALLMAN
                                    Attorneys for Defendant
                                    TARGET CORPORATION

**AMENDED JUDGMENT**

Based on the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Plaintiff Deena Monroe ("Plaintiff") against Defendant Target Corporation ("Defendant") pursuant to her Acceptance of Offer, which judgment excludes her PAGA cause of action;

2. Defendant shall pay Plaintiff, by and through her attorneys of record, Scott Cole & Associates, Plaintiff's attorneys' fees in the amount of $33,106.00, and costs of suit in the amount of $1,894.60, for a total award of $35,000.00, within 15 court days of entry of judgment;

3. Any of Plaintiff's remaining claims, causes of action, and rights in this case, other than the PAGA cause of action, are dismissed in their entirety, with prejudice; and

4. The PAGA cause of action in this case is dismissed, without prejudice.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

DATED: May 1, 2020

_____
Troy L. Nunley
United States District Judge